IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **REGINALD L. HOOKER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:04-CV-289 (CAR) |
| | : | |
| **DERRICK SCHOFFIELD,** | : | |
| **TONY HENDERSON, and** | : | |
| **LUCIA SULLIVAN,** | : | |
| | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] that this 28 U.S.C. § 1983 action be dismissed without prejudice due to Plaintiff's failure to allege physical harm as required by 42 U.S.C. § 1997e(e).  No Objection to the Recommendation has been filed, and having considered the matter, this Court agrees with the finding and conclusion of the United States Magistrate Judge.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 15th day of December, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH/aeg